| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-cr-77 |
| v. | ) | |
| | ) | COLLIER / LEE |
| QUANTEZ DAVIS | ) | |

## **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the three-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter (Court File No. 20). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 20) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)  Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2)  Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)  Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4)  A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Thursday, March 21, 2013 at 2:00 p.m.** before the

Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2